# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee



JAN 0 5 2021

Clerk, U. S. District Court
Eastern District of Tennessee
at Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:20-MJ-2278
A NAVY MOTOROLA CELLULAR PHONE WITH BLACK BACK, MODEL: XT1929-4, THAT )
IS CURRENTLY STORED AT THE KNOXVILLE FEDERAL BUREAU OF INVESTIGATION, )
1501 DOWELL SPRINGS BLVD., KNOXVILLE, TENNESSEE 37909, AS FURTHER )
DESCRIBED IN ATTACHMENT A, WHICH IS ATTACHED HERETO AND FULLY )
INCORPORATED HEREIN. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A NAVY MOTOROLA CELLULAR PHONE WITH BLACK BACK, MODEL: XT1929-4, THAT IS CURRENTLY STORED AT THE KNOXVILLE FEDERAL BUREAU OF INVESTIGATION, 1501 DOWELL SPRINGS BLVD., KNOXVILLE, TENNESSEE 37909, AS FURTHER DESCRIBED IN ATTACHMENT A, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

located in the _____Eastern_____ District of _____Tennessee_____ , there is now concealed *(identify the person or describe the property to be seized)*:
PLEASE SEE ATTACHMENT B, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

The application is based on these facts:
Please see the Affidavit of Special Agent Emily Ciaravino which is attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Emily Ciaravino, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/14/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee      H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

Property: Navy Motorola Model # XT1929-4 with black back

Location: Knoxville Federal Bureau of Investigation
1501 Dowell Springs Blvd., Knoxville, Tennessee 37909



11



12



13

# ATTACHMENT B
## Particular Things to be seized

1. Child pornography in any form.

2. Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under Title 18, United States Code, Section 2256(8).

3. Any and all correspondence identifying persons transmitting, through interstate commerce including the United States mail or computers, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

4. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).